

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

MARY LEE WARD,

      Plaintiff,      **REPORT & RECOMMENDATION**
                **09 CV 1943 (RRM)(LB)**

  - against -

BANKERS TRUST COMPANY OF CALIFORNIA,
N.A.; SHAMMEEM A CHOWDHURY; BRUCE
GOLDSTEIN; WILLIAM J. GARY; and ANDREW
FISHER,
      Defendants.

-------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

By Order dated August 11, 2009, the Court directed plaintiff to provide the full names and service addresses of defendants Bankers Trust Company of California, Chowdhury, and Fisher, so that the United States Marshals Service could effect service of process on these defendants. (Document 19.) The Order also extended the Rule 4(m) deadline to serve these defendants to October 26, 2009. The Court's records reflect that plaintiff has not provided service addresses for defendants Bankers Trust Company or Fisher,[1] nor has plaintiff filed proof that these defendants have otherwise been served with process. Rule 4(m) of the Federal Rules of Civil Procedure provides:

> "If a defendant is not served within 120 days after the complaint is filed, the court–on motion or on its own after notice to the plaintiff–must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."

---

[1] Plaintiff has provided a service address for defendant Chowdhury. See document 21.

The August 11, 2009 Order explicitly stated "[i]f service is not made on defendants by this date, or if plaintiff fails to show good cause why such service has not been effected, her claims against these defendants shall be dismissed without prejudice." (Document 19.) ) Plaintiff has failed to provide service addresses for defendants Bankers Trust Company or Fisher, file proof of service, or show good cause why service has not been made on defendants. Accordingly, it is respectfully recommended that plaintiff's complaint against defendants Bankers Trust Company of California and Andrew Fisher should be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

**FILING OF OBJECTIONS TO THIS REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have ten (10) days from service of this Report to file written objections. See also Fed. R. Civ. P. 6. Such objections (and any responses to objections) shall be filed with the Clerk of the Court. Any request for an extension of time to file objections must be made within the ten-day period. Failure to file a timely objection to this Report generally waives any further judicial review. Marcella v. Capital Dist. Physician's Health Plan, Inc., 293 F.3d 42 (2d Cir. 2002); Small v. Sec'y of Health and Human Services, 892 F.2d 15 (2d Cir. 1989); see Thomas v. Arn, 474 U.S. 140 (1985).

LOIS BLOOM
United States Magistrate Judge

Dated: November 3, 2009
Brooklyn, New York