UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARY LEE WARD,

            Plaintiff,

      - against -

BANKERS TRUST COMPANY OF CALIFORNIA,
N.A., SHAMMEEM A. CHOWDHURY, BRUCE
GOLDSTEIN, WILLIAM J. GARY, and ANDREW
FISHER,
            Defendants.
-----------------------------------------------------------------X

ORDER
09-CV-1943(RRM) (LB)

MAUSKOPF, United States District Judge.

On November 4, 2009, Judge Bloom issued a Report and Recommendation (the "R&R") recommending that plaintiff's *pro se* complaint against defendants Bankers Trust Company of California and Andrew Fisher be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Judge Bloom advised plaintiff that, pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, any objection to the R&R was due on or before November 23, 2009. On December 23, 2009, plaintiff filed a response to the R&R.

Rule 72(b) provides that "[w]ithin 10 days after being served with a copy of the recommended disposition, a party may serve and file specific, written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b). The R&R expressly stated that "[f]ailure to file a timely objection to [the R&R] generally waives any further judicial review." In addition, the R&R advised plaintiff that "[a]ny request for an extension of time to file objections must be made [on or before November 23, 2009]." Therefore, plaintiff had clear notice of the time for filing objections and the consequences for a failure to object.

By failing to file a timely objection to the R&R or a request for additional time to do so, plaintiff has waived further judicial review of Judge Bloom's recommendation. However, a

Court may exercise discretion and review the R&R for clear error. See Spence v. Superintendent, Great Meadow Corr. Facility, 219 F.3d 162, 174 (2d Cir. 2000). Here, nothing on the face of the R&R suggests such error. Moreover, plaintiff's untimely submission itself states no specific objection to the R&R; instead, it contains copies of documents apparently related to proceedings in the Supreme Court of the State of New York from which the instant action purportedly stems.

For the forgoing reasons, the Court adopts the R&R in its entirety. Accordingly, it is hereby ORDERED that the complaint is DISMISSED without prejudice as to defendants Bankers Trust Company of California and Andrew Fisher.

SO ORDERED.

Dated: Brooklyn, New York
January 8, 2010

ROSLYNN R. MAUSKOPF
United States District Judge