UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MARY LEE WARD,

                    Plaintiff,

          - against -

SHAMEEM A CHOWDHURY; BRUCE
GOLDSTEIN; and WILLIAM J. GARY,

                    Defendants.
-------------------------------------------------------X

**REPORT & RECOMMENDATION**
**09 CV 1943 (RRM)(LB)**

FILE
IN CLERK'S OFFICE
U.S. DISTRICT CO

★  MAR 2 5

P.M.
TIME A.M.

**BLOOM, United States Magistrate Judge:**

The United States Marshals Service ("USMS") attempted to serve defendant Chowdhury at the address provided by plaintiff in the complaint. When the summons for this defendant was returned as unexecuted, the Court directed plaintiff to provide an alternate service address. (Document 19.) Plaintiff provided this address, and on November 4, 2009 the Court directed the USMS to re-serve defendant Chowdhury. (Document 27.) The Court also extended the deadline of service under Fed. R. Civ. P. 4(m) and warned plaintiff that if "the [USMS] is unable to effect service on this defendant at the address plaintiff has provided, [the Court] will recommend that the action against defendant Chowdhury should be dismissed pursuant to Fed. R. Civ. P. 4(m). (Id.)

Rule 4(m) of the Federal Rules of Civil Procedure provides:

> "If a defendant is not served within 120 days after the complaint is filed, the court–on motion or on its own after notice to the plaintiff–must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."

The November 4, 2009 Order explicitly warned plaintiff that it would be recommended that her claims against defendant Chowdhury would be dismissed if the USMS was unable to serve him at the address provided by plaintiff. (Document 27.) The amended summons for defendant Chowdhury has been returned as unexecuted. (Document 30.) The 120 days to serve defendant Chowdhury has passed. Accordingly, it is respectfully recommended that plaintiff's complaint against defendant Chowdhury should be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

## FILING OF OBJECTIONS TO THIS REPORT AND RECOMMENDATION

Pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. Such objections (and any responses to objections) shall be filed with the Clerk of the Court. Any request for an extension of time to file objections must be made within the fourteen-day period. Failure to file a timely objection to this Report generally waives any further judicial review. Marcella v. Capital Dist. Physician's Health Plan, Inc., 293 F.3d 42 (2d Cir. 2002); Small v. Sec'y of Health and Human Services, 892 F.2d 15 (2d Cir. 1989); Thomas v. Arn, 474 U.S. 140 (1985).

Dated: March 24, 2010
      Brooklyn, New York

LOIS BLOOM
United States Magistrate Judge