UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
MARY LEE WARD,

                Plaintiff,

           - against -

SHAMEEM A CHOWDHURY; BRUCE
GOLDSTEIN; and WILLIAM J. GARY,

                Defendants.
------------------------------------------------------X

ORDER
09 CV 1943 (RRM)(LB)

**BLOOM, United States Magistrate Judge:**

The Court shall hold an initial pretrial conference pursuant to Fed. R. Civ. P. 16 on April 22, 2010 at 2:00 p.m. in Courtroom 11A of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York.[1] No planning conference pursuant to Rule 26(f), Fed. R. Civ. P., shall be required at this time. Parties are advised that they must contact each other before making any request for an adjournment to the Court. Any request for an adjournment must be received in writing at least forty-eight (48) hours before the scheduled conference.

Dated: March 24, 2010
       Brooklyn, New York

LOIS BLOOM
United States Magistrate Judge

---

[1] Plaintiff has effected service on Goldstein and Gary and they have answered the complaint. Only these defendants and plaintiff must appear at the Court conference.